1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

RECOGNICORP, LLC,

                   Plaintiff,

       v.

NINTENDO CO., LTD., et al.

                  Defendants.

Case No.  CV 12-01873-RAJ

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO STRIKE INFRINGEMENT CONTENTIONS AND TO RELIEVE NINTENDO OF DISCOVERY OBLIGATIONS**

**NOTE ON MOTION CALENDAR: APRIL 5, 2013**

The Court has considered Defendants Nintendo Co., Ltd. and Nintendo of America Inc.'s (collectively "Nintendo" or "Defendants") Motion to Strike Infringement Contentions and to Relieve Nintendo of Discovery Obligations, as well as Plaintiff RecogniCorp, LLC's Memorandum in Opposition thereto.  (Dkt. # 69.)  After considering Defendants' motion, Plaintiff's response, and Nintendo's reply in support of its motion, the Court hereby **DENIES** Defendants' motion in its entirety.

[PROPOSED] ORDER - 1
CASE NO. CV 12-01873-RAJ

HAGENS BERMAN

1918 EIGHTH AVENUE
SUITE 3300 • SEATTLE, WA  98101
(206) 623-7292 • FAX (206) 623-0594

1    **IT IS SO ORDERED**

2

3    Dated this _____ day of April, 2013

4                                        _____
                                         HONORABLE RICHARD A. JONES

5

6    Presented by:

7    By:    */s/ Ryan Meyer*
            Mark S. Carlson (WSBA #17493)

8           Ryan Meyer (WSBA #37832)
            HAGENS BERMAN SOBOL SHAPIRO LLP

9           1918 Eighth Avenue, Suite 3300
            Seattle, WA 98101

10          Telephone: (206) 623-7292
            Facsimile: (206) 623-0594

11          markc@hbsslaw.com
            ryanm@hbsslaw.com

12
            *Attorneys for Plaintiff*

13
            Steven R. Daniels (*Pro Hac Vice*)

14          Timothy Devlin (*Pro Hac Vice*)
            Melissa V. Melton (*Pro Hac Vice*)

15          FARNEY DANIELS PC
            800 S. Austin Avenue, Suite 200

16          Georgetown, Texas 78626
            Telephone: (512) 582-2820

17          Facsimile: (512) 582-2829
            sdaniels@farneydaniels.com

18          tdevlin@farneydaniels.com
            mmelton@farneydaniels.com

19
            *Attorneys for Plaintiff*

20

21

22

23

24

25

26

27   [PROPOSED] ORDER - 2
     CASE NO. CV 12-01873-RAJ                           1918 EIGHTH AVENUE
                                                  SUITE 3300 • SEATTLE, WA  98101
28                                                (206) 623-7292 • FAX (206) 623-0594

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>PROOF OF SERVICE</u>**

I hereby certify that on April 1, 2013, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

/s/ Ryan Meyer
Ryan Meyer



[PROPOSED] ORDER - 3
CASE NO. CV 12-01873-RAJ

1918 EIGHTH AVENUE
SUITE 3300 • SEATTLE, WA  98101
(206) 623-7292 • FAX (206) 623-0594